IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS DUANE TAYLOR | : | CIVIL ACTION |
| Petitioner | : | |
| v. | : | |
| | : | |
| CURLEY, et al. | : | NO. 10-1680 |
| Respondents | : | |

O R D E R

AND NOW, this 7th day of October 2010, upon careful and independent consideration of the petition for a writ of habeas corpus, and after review of the Report and Recommendation of the United States Magistrate Judge Timothy R. Rice and Petitioner's objections thereto (Doc. No. 14), IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The petition for a writ of habeas corpus is DENIED with prejudice;

3. There is no probable cause to issue a certificate of appealability; and

4. The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

/S/LEGROME D. DAVIS

Legrome D. Davis, J.